**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HESPELER, MARTIN | § | Case No. 12-81838 |
| HESPELER, ROSEMARIE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Court
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/05/2012 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/24/2012            By:  /s/JAMES E. STEVENS
                                                  Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HESPELER, MARTIN | § | Case No. 12-81838 |
| HESPELER, ROSEMARIE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 4,975.00 |
| **Balance on hand:** | $ 4,975.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,975.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsely & Van Evera, LLP | 1,213.50 | 0.00 | 1,213.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,463.50 |
| Remaining balance: | $ 2,511.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,511.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,511.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,094.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,682.78 | 0.00 | 325.02 |
| 2 | FIFTH THIRD BANK | 13,659.05 | 0.00 | 511.29 |
| 3 | Sallie Mae | 6,301.92 | 0.00 | 235.90 |
| 4 | PYOD, LLC its successors and assigns as assignee | 35,783.09 | 0.00 | 1,339.44 |
| 5 | Ashley Funding Services, LLC its successors and | 1,255.00 | 0.00 | 46.98 |
| 6 | Springleaf Financial S | 1,412.39 | 0.00 | 52.87 |

Total to be paid for timely general unsecured claims: $ 2,511.50
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:  $     0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                                 Case No. 12-81838-MB
Martin Hespeler                                                        Chapter 7
Rosemarie Hespeler
        Debtors
                                        CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 3              Date Rcvd: Nov 13, 2012
                              Form ID: pdf006             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2012.
db/jdb         +Martin Hespeler,    Rosemarie Hespeler,    421 Cary Woods Circle,    Cary, IL 60013-2059
18881457        Advocate Good Shepherd Hospital,    PO Box 4248,    Carol Stream, IL 60197-4248
18881458       +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
18881459        Amex,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
18881460       +Ann Binger,    3227 Benscia Court,    Naples, FL 34109-1366
18881461       +Best Practices Inpatient Care Ltd,    PO Box 268,    Lake Zurich, IL 60047-0268
18881462        Blatt Hasenmiller Leibsker & Moore,    125 S Wacker Dr,    Ste 400,    Chicago, IL 60606-4440
18881463       +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
18881464       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
18881465       +Centegra Hospital - McHenry,    PO Box 1447,    Woodstock, IL 60098-1447
18881466       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
18881467       +City of Crystal Lake,    100 W Municipal Complex,    PO Box 597,    Crystal Lake, IL 60039-0597
18881468       +Creditors Discount & A,    415 E Main St,    Streator, IL 61364-2927
18881474      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court:   Fifth Third Bank,    38 Fountain Square Plz,    Cincinnati, OH 45202)
19168346       +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
18881470       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
18881471       +Ffcc - Columbus,Inc.,    P.O. Box 20790,    Columbus, OH 43220-0790
18881473       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
18881475       +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
18881476       +Inge Hespeler,    27 D Andover Court,    Red Bank, NJ 07701-4819
18881477       +Inpatient Consultants of Illinois,    PO Box 92934,    Los Angeles, CA 90009-2934
18881478       +Lake/McHenry Pathology Assoc.,    520 E. 22nd Street,    Lombard, IL 60148-6110
18881479       +Mbb,   1460 Renaissance Dr,    Park Ridge, IL 60068-1349
18881480       +Med Busi Bur,    1460 Renaissance Drive Ste 400,    Park Ridge, IL 60068-1349
18881481        Midwest Diagnostic Pathology,    75 Remittance DR,    Ste 3070,    Chicago, IL 60675-3070
18881482      #+Ned and Nikki Gavin,    12852 Sahuaro Drive,    Scottsdale, AZ 85259-4444
18881483       +Northwest Neurology Ltd,    22285 Pepper Rd., Ste 401,    Barrington, IL 60010-2542
18881485       +OAC,   P.O. Box 371100,    Milwaukee, WI 53237-2200
18881486       +OSF Medical Group,    PO Box 91011,    Chicago, IL 60680-8807
18881487       +OSF St Anthony Medical Center,    7125 Solution Center,    Chicago, IL 60677-0001
18881484       +Oac,   Po Box 371068,    Milwaukee, WI 53237-2168
18881488       +Rockford Mercantile Agency,    2502 S Alpine Rd,    Rockford, IL 61108-7813
18881489       +Rockford Radiology,    PO Box 5368,    Rockford, IL 61125-0368
18881491       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18881494       +Wellington Radiology Group,    39006 Treasury Ctr,    Chicago, IL 60694-9000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19371656        E-mail/Text: resurgentbknotifications@resurgent.com Nov 14 2012 04:27:07
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Emcare,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19152539        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:50:53      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18881469       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:50:53      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19367165       +E-mail/Text: resurgentbknotifications@resurgent.com Nov 14 2012 04:27:06
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
18881492        E-mail/PDF: cbp@slfs.com Nov 14 2012 05:49:49      Springleaf Financial S,    Po Box 3251,
                 Evansville, IN 47731
18881490       +E-mail/PDF: pa_dc_claims@salliemae.com Nov 14 2012 06:32:56      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
19347501       +E-mail/PDF: pa_dc_claims@salliemae.com Nov 14 2012 06:32:56      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
18881493       +E-mail/PDF: cbp@slfs.com Nov 14 2012 05:45:08      Springlf Fin,    P O Box 59,
                 Evansville, IN 47701-0059
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18881472*     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court:   Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: vgossett           Page 2 of 3                  Date Rcvd: Nov 13, 2012
                              Form ID: pdf006         Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett              Page 3 of 3                  Date Rcvd: Nov 13, 2012
                              Form ID: pdf006             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2012 at the address(es) listed below:

```
              James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Steven J Brody    on behalf of Debtor Martin Hespeler steve@sjbrodylaw.com, heather@sjbrodylaw.com
                                                                                          TOTAL: 4
```