# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re:  HESPELER, MARTIN          § Case No. 12-81838
        HESPELER, ROSEMARIE       §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                           Assets Exempt: $12,980.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,511.50        Claims Discharged
                                                  Without Payment: $596,656.78

Total Expenses of Administration: $2,488.50

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $400.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,488.50 | 2,488.50 | 2,488.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 597,473.05 | 67,094.23 | 67,094.23 | 2,511.50 |
| **TOTAL DISBURSEMENTS** | $597,873.05 | $69,582.73 | $69,582.73 | $5,000.00 |

4) This case was originally filed under Chapter 7 on May 08, 2012. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2013          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Chevrolet Silverado 83000 mi | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bmo Harris Bank | 4110-000 | 400.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$400.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsely & Van Evera, LLP | 3110-000 | N/A | 1,213.50 | 1,213.50 | 1,213.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,488.50** | **$2,488.50** | **$2,488.50** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,682.00 | 8,682.78 | 8,682.78 | 325.02 |
| 2 | FIFTH THIRD BANK | 7100-000 | 13,659.00 | 13,659.05 | 13,659.05 | 511.29 |
| 3 | Sallie Mae | 7100-000 | 5,999.00 | 6,301.92 | 6,301.92 | 235.90 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 35,783.00 | 35,783.09 | 35,783.09 | 1,339.44 |
| 5 | Ashley Funding Services, LLC its successors and | 7100-000 | N/A | 1,255.00 | 1,255.00 | 46.98 |
| 6 | Springleaf Financial S | 7100-000 | 1,276.00 | 1,412.39 | 1,412.39 | 52.87 |
| NOTFILED | Mbb | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| NOTFILED | Mbb | 7100-000 | 366.00 | N/A | N/A | 0.00 |
| NOTFILED | Med Busi Bur | 7100-000 | 819.00 | N/A | N/A | 0.00 |
| NOTFILED | Mbb | 7100-000 | 423.00 | N/A | N/A | 0.00 |
| NOTFILED | Inge Hespeler | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 1,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Inpatient Consultants of Illinois | 7100-000 | 3,617.00 | N/A | N/A | 0.00 |
| NOTFILED | Med Busi Bur | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake/McHenry Pathology Assoc. | 7100-000 | 65.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Oac | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbna | 7100-000 | 3,142.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Springlf Fin | 7100-000 | 1,412.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF St Anthony Medical Center | 7100-000 | 3,579.60 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Neurology Ltd | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Medical Group | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 1,585.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology | 7100-000 | 385.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Center | 7100-000 | 159,626.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 3,586.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 10,765.60 | N/A | N/A | 0.00 |
| NOTFILED | American Collections | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 10,073.60 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ann Binger | 7100-000 | 28,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 5,877.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc - Columbus,Inc. | 7100-000 | 367.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount & A | 7100-000 | 97.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Crystal Lake | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Practices Inpatient Care Ltd | 7100-000 | 1,005.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - McHenry | 7100-000 | 9,273.25 | N/A | N/A | 0.00 |
| NOTFILED | Cbna | 7100-000 | 4,321.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 250,381.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $597,473.05 | $67,094.23 | $67,094.23 | $2,511.50 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81838  
**Case Name:** HESPELER, MARTIN  
　　　　　　　HESPELER, ROSEMARIE  
**Period Ending:** 01/08/13  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/08/12 (f)  
**§341(a) Meeting Date:** 06/14/12  
**Claims Bar Date:** 10/10/12  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1　Cash<br>　　Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 2　Checking account Harris Bank<br>　　Imported from original petition Doc# 1 | 60.00 | 0.00 | | 0.00 | FA |
| 3　Security deposit held by ComEd<br>　　Imported from original petition Doc# 1 | 60.00 | 0.00 | | 0.00 | FA |
| 4　Ned and Nikki Gavin 12852 Sahuaro Drive Scottsda<br>　　Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 5　Misc household items and furniture<br>　　Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 6　Stereo equipment<br>　　Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7　Music CDs<br>　　Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 8　Books<br>　　Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 9　Clothing<br>　　Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 10　Engagement ring<br>　　Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 11　Tennis bracelet<br>　　Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 12　Real Digital Media Sarasota, FL<br>　　Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13　2004 Chevrolet Silverado 83000 mi<br>　　Imported from original petition Doc# 1 | 9,000.00 | 6,600.00 | | 5,000.00 | FA |
| 14　2006 Volkswagon Jetta 83,000 mi Jointly owned wi<br>　　Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 15　Wells Cargo Trailer 10 years old<br>　　Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 16　Computer and printer, both over three years old<br>　　Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81838  
**Case Name:** HESPELER, MARTIN  
HESPELER, ROSEMARIE  
**Period Ending:** 01/08/13

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/08/12 (f)  
**§341(a) Meeting Date:** 06/14/12  
**Claims Bar Date:** 10/10/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Vizio laptop computer, over five years old<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Assets Totals (Excluding unknown values) | **$30,315.00** | **$6,600.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 23, 2012      **Current Projected Date Of Final Report (TFR):** October 23, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-81838  
**Case Name:** HESPELER, MARTIN  
HESPELER, ROSEMARIE  
**Taxpayer ID #:** **-***2986  
**Period Ending:** 01/08/13

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-66 - Checking Account  
**Blanket Bond:** $178,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/12 | {13} | Martin and Rosemarie Hespeler | payment Debtor's interest in 2004 Chevrolet Silverado | 1129-000 | 5,000.00 | | 5,000.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 12/05/12 | 101 | Barrick, Switzer, Long, Balsely & Van Evera, LLP | Dividend paid 100.00% on $1,213.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,213.50 | 3,761.50 |
| 12/05/12 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 2,511.50 |
| 12/05/12 | 103 | Discover Bank | Dividend paid 3.74% on $8,682.78; Claim# 1; Filed: $8,682.78; Reference: | 7100-000 | | 325.02 | 2,186.48 |
| 12/05/12 | 104 | FIFTH THIRD BANK | Dividend paid 3.74% on $13,659.05; Claim# 2; Filed: $13,659.05; Reference: | 7100-000 | | 511.29 | 1,675.19 |
| 12/05/12 | 105 | Sallie Mae | Dividend paid 3.74% on $6,301.92; Claim# 3; Filed: $6,301.92; Reference: | 7100-000 | | 235.90 | 1,439.29 |
| 12/05/12 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 3.74% on $35,783.09; Claim# 4; Filed: $35,783.09; Reference: | 7100-000 | | 1,339.44 | 99.85 |
| 12/05/12 | 107 | Ashley Funding Services, LLC its successors and | Dividend paid 3.74% on $1,255.00; Claim# 5; Filed: $1,255.00; Reference: | 7100-000 | | 46.98 | 52.87 |
| 12/05/12 | 108 | Springleaf Financial S | Dividend paid 3.74% on $1,412.39; Claim# 6; Filed: $1,412.39; Reference: | 7100-000 | | 52.87 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******71-66 | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)   Printed: 01/08/2013 01:57 PM   V.13.11